**Order entered February 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01014-CV

**ENNIS, INC., Appellant**

**V.**

**DUNBROOKE APPAREL CORPORATION, ET AL., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-00032-D**

## ORDER

We **GRANT** appellees' February 8, 2013 motion for leave to file a sur-reply brief.

Appellees shall file their sur-reply brief within ten days of the date of this order.


/s/     CAROLYN WRIGHT
CHIEF JUSTICE